IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DONITA M. HAMMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-04-985-L |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF THE SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On September 19, 2005, Magistrate Judge Robert E. Bacharach entered his Report and Recommendation in this action brought by plaintiff for judicial review of the denial of benefits by the Social Security Administration. Based on an erroneous residual functional capacity determination, the Magistrate Judge recommended that the court should reverse and remand for an immediate award of benefits.

The court file reflects that no party has filed a written objection to the Report and Recommendation within the time limit allowed. Upon *de novo* review, the court finds that the the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, the decision of the Commissioner is **REVERSED** and this matter is **REMANDED** with directions for the Social Security Administration ("SSA") to award supplemental security income ("SSI") to plaintiff, in an amount left to the SSA on remand, all in accordance with the September 19, 2005 Report and Recommendation of the Magistrate Judge.

It is so ordered this 27th day of October, 2005.

/s/ Tim Leonard
TIM LEONARD
United States District Judge